IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | Case No. CR-15-127-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO EXTEND DEADLINES TO FILE PSR OBJECTIONS AND SENTENCING MEMORANDUM |
| BRETT WADE CLOUSE, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion To Reopen PSR Objection and Sentencing Memorandum Deadlines (Doc. 85), and for good cause appearing,

IT IS HEREBY ORDERED that the PSR objections deadline will be extended to **November 15, 2016.**

IT IS FURTHER ORDERED that the presentence report, in final form, including any unresolved objections, shall be delivered to the Court and the parties on or before **November 28, 2016.**

IT IS FURTHER ORDERED that the sentencing memorandum deadline will be extended to **December 2, 2016.**

IT IS FURTHER ORDERED that responses to the sentencing memoranda shall be filed on or before **December 8, 2016.**

The Clerk of Court is direct to notify counsel of the making of this Order.

DATED this 1st day of November, 2016.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE