IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
JAN 15 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 15-127-BLG-SPW |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| BRETT WADE CLOUSE, | |
| Defendant/Movant. | |

Counsel for Defendant Clouse moves the Court to provide him with access to the sealed portion of the transcript of Clouse's sentencing hearing. The sidebar is sealed to keep the details discussed by the parties confidential. But Clouse already knows those details and so should his counsel.

Accordingly, IT IS HEREBY ORDERED that Clouse's counsel's motion (Doc. 119) is GRANTED. The transcript shall remain sealed but a copy of the transcript shall be provided to counsel.

DATED this 15th day of January, 2019.

Susan P. Watters
United States District Court